ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 DEC 15 A 9 22

CLERK *B McCarthy*

| | |
|---|---|
| GREGORY GILLILAN, | ) |
| Plaintiff, | ) |
| v. | ) CV 106-125 |
| MS. STEVENS, Prison Guard, 1st Shift, | ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED**, without prejudice.

SO ORDERED this 15th day of December, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE